OCT 2 4 2017
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> BRETT BAILEY <br> Defendant. | Case No.: CR 10-923-STO-16 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist, CA** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **allegations left district w/o permission; failed to test, and others; and failure to appear at violation hearing**

1  _____
 2  _____
 3  _____
 4     and/or
 5  B. ( ) The defendant has not met his/her burden of establishing by
 6     clear and convincing evidence that he/she is not likely to pose
 7     a danger to the safety of any other person or the community if
 8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
 9     on:_____
10  _____
11  _____
12  _____

    IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated:  10/24/17

_____
UNITES STATES MAGISTRATE JUDGE
PAUL L. ABRAMS

2